UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONOVAN CONNER,**  )<br>  )<br>            Petitioner,  )<br>  )<br>    v.  )<br>  )<br>M.D. BITER (Warden),  )<br>  )<br>            Respondent.  )<br>  ) | **NO. LA CV 12-01131-VBF-JPR**<br><br>RULE 58 FINAL JUDGMENT |

  Pursuant to the Court's Opinion and Order issued this same date, final judgment is entered in favor of respondent M.D. Biter and against the petitioner Donovan Conner.

DATED:    June 6, 2014

*Valerie Baker Fairbank*
_____
   VALERIE BAKER FAIRBANK
   UNITED STATES DISTRICT JUDGE